Steven J. Skikos (SBN 148110)
LOPEZ, HODES
625 Market Street, 11th Floor
San Francisco, CA 94105
Telephone: 415-956-5257
Facsimile: 415-956-4416

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. C-06-3497-CRB<br><br>MDL DOCKET NO. 1699<br>District Judge: Charles R. Breyer |
| This document relates to<br><br>JOHNNY G. LUNA and CONNIE LUNA,<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation; PFIZER GLOBAL RESEARCH & DEVELOPMENT,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, JOHNNY G. LUNA and CONNIE LUNA, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

///

1

| | | |
|---|---|---|
| 1 | Dated: August 21, 2009 | LOPEZ HODES |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Steven J. Skikos |
| 6 | | Attorneys for Plaintiffs, JOHNNY G. LUNA and CONNIE LUNA |
| 7 | | |
| 8 | Dated: Oct. 22, 2009 | DLA PIPER LLP (US) |
| 9 | | |
| 10 | | By: /s/ |
| 11 | | Matt Holian<br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009, 2009

Hon. Charles R. Breyer
United States District Judge

2